# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>   v.<br><br>Fatima Munoz,<br><br>  Defendant. | Case No. 19cr4411-LAB<br><br>**ORDER To Stay Release of Defendant on Bond (Doc. 16)** |

Upon the motion of the United States, and for good cause shown, IT IS HEREBY ORDERED THAT:

The United States' Motion to Stay Release of Defendant on Bond Pending Prompt Determination of Motion is GRANTED.

DATED: 11/7/2019

HON. Larry Alan Burns
Chief United States District Judge